# CERTIFICATION OF SERVICE

I, _Ada M. Conde Vidal_ (name), certify that service of this summons and a copy of the complaint was made _7/9/2020_ (date) by:

[✓] Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
_Dionisio Benitez Rodriguez, Venus Gardens Norte,_
_1695 Calle Chihuahua San Juan PR 00926_

[ ] Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

[ ] Residence Service: By leaving the process with the following adult at:

[ ] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

[ ] Publication: The defendant was served as follows: [Describe briefly]

[ ] State Law: The defendant was served pursuant to the laws of the State of _____, as follows:[Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _7/9/2020_ Signature _[signature]_

Print Name: _Ada M. Conde Vidal_

Business Address: _Law + Justice for All_
_PO Box 13268_
_San Juan PR 00908_