```
          UNITED STATES BANKRUPTCY COURT
             DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| **IN RE:** | |
| **JUAN CARLOS PRADO NICASIO** | **CASE NO. 19-06224-MCF** |
| XXX-XX-3397 | **CHAPTER 13** |
| **DEBTOR (S)** | |

**TRUSTEE'S MOTION TO INFORM COMPLIANCE WITH DEBTOR'S "MOTION FOR ORDER TO TRUSTEE" (DOCKET NO. 74)**

**TO THE HONORABLE COURT:**

**NOW COMES**, José R. Carrión, Standing Chapter 13 Trustee (hereinafter, the "Trustee"), through the undersigned attorney, very respectfully alleges and prays:

1. On June 22, 2021, Debtor filed a motion requesting the entry of an order for Trustee to disburse the pre-confirmation adequate protection payments to Dionisio Benítez (Docket No. 74).

2. On July 7, 2021, the Court enter an order granting the Debtor's motion requesting the entry of an order for Trustee (Docket No. 76).

3. The Trustee hereby informs that the Trustee has disbursed the amount of $18,000.00 to creditor Dionisio Benítez.

WHEREFORE, the Trustee respectfully requests this Honorable Court that take notice of the above mentioned and deems the Trustee in compliance with the Order entered at docket number 76.

**CERTIFICATE OF SERVICE:** The Chapter 13 Trustee certifies that today, this document has been filed using the Court's CM/ECF System, which will provide electronic notice of the same to all appearing parties that are CM/ECF participants and that copy of this motion has been served by regular U.S. Mail on this same date to: the DEBTOR(s) by first class mail to the address of record.

**Respectfully submitted,**

In San Juan, Puerto Rico, this **August 25, 2021.**

                                        **/s/ Mayra Arguelles**

Staff Attorney
USDC No. 228304
**JOSÉ R. CARRIÓN-MORALES**
CHAPTER 13 TRUSTEE
P.O. Box 9023884
San Juan, P.R. 00902-3884
marguelles@ch13-pr.com
Tel: (787) 977-3535
Fax: (787) 977-3550