IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 19-06224-MCF13 |
|---|---|
| JUAN CARLOS PRADO NICASIO | Chapter 13 |
| xx-xx-3397 | |
| Debtor(s) | FILED & ENTERED ON AUG/30/2021 |

ORDER AND NOTICE

The confirmation of this case is related to adversary proceeding 19-00462. Given that an announced settlement has not been filed yet in the adversary proceeding, the confirmation hearing is re-scheduled to November 4, 2021, at 9:00 AM, via Microsoft Teams. All parties that wish to appear at the hearing must familiarize themselves and follow the Procedures for Remote Appearances, found on the homepage of our Website at https:\\prb.uscourts.gov.

The Clerk shall give notice to all parties in interest.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 30 day of August, 2021.

Mildred Caban Flores
United States Bankruptcy Judge