| | | |
|---|---|---|
| Fill in this information to identify your case: | | |
| Debtor 1 | JUAN CARLOS PRADO NICASIO | |
| Debtor 2 (Spouse, if filing) | | |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO | |
| Case number (If known) | 19-06224 | |

Check if this is:

■ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income                                                                                            12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

   | | Debtor 1 | Debtor 2 or non-filing spouse |
   |---|---|---|
   | Employment status* | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
   | Occupation | GENERAL ADMINISTRATOR | |
   | Employer's name | LA FORTUNA CORP. | |
   | Employer's address | 375 CALLE 11<br>HILL BROTHERS<br>San Juan, PR 00924 | |
   | How long employed there? | 1/2014 TO PRESENT | |

   *See Attachment for Additional Employment Information

### Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 2,296.67 | $ N/A |
| 3. | **Estimate and list monthly overtime pay.** | 3. +$ 0.00 | +$ N/A |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. $ 2,296.67 | $ N/A |

Official Form 106I                                    **Schedule I: Your Income**                                                page 1

| | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $ 2,296.67 | $ N/A |

5. **List all payroll deductions:**

| | | | | |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. $ | 229.67 | $ N/A |
| 5b. | Mandatory contributions for retirement plans | 5b. $ | 0.00 | $ N/A |
| 5c. | Voluntary contributions for retirement plans | 5c. $ | 0.00 | $ N/A |
| 5d. | Required repayments of retirement fund loans | 5d. $ | 0.00 | $ N/A |
| 5e. | Insurance | 5e. $ | 0.00 | $ N/A |
| 5f. | Domestic support obligations | 5f. $ | 0.00 | $ N/A |
| 5g. | Union dues | 5g. $ | 0.00 | $ N/A |
| 5h. | Other deductions. Specify: | 5h.+ $ | 0.00 | + $ N/A |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.  6. $ 229.67   $ N/A
7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.  7. $ 2,067.00   $ N/A

8. **List all other income regularly received:**

   8a. **Net income from rental property and from operating a business, profession, or farm**
   Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.  8a. $ 2,125.00   $ N/A

   8b. **Interest and dividends**  8b. $ 0.00   $ N/A

   8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
   Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.  8c. $ 0.00   $ N/A

   8d. **Unemployment compensation**  8d. $ 0.00   $ N/A
   8e. **Social Security**  8e. $ 0.00   $ N/A

   8f. **Other government assistance that you regularly receive**
   Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
   Specify: _____  8f. $ 0.00   $ N/A

   8g. **Pension or retirement income**  8g. $ 0.00   $ N/A

   8h. **Other monthly income.** Specify: THERAPIST WYNDHAM PT EMPLOYEE AT $60.75 EA X 7 LESS DISC   8h.+ $ 235.72 + $ N/A
   SISTER CO-OWNERSHIP CONTRIBUTION   $ 2,175.00   $ N/A
   RENT FROM LA FORTUNA   $ 6,350.00   $ N/A

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.  9. $ 10,885.72   $ N/A

10. **Calculate monthly income.** Add line 7 + line 9.  10. $ 12,952.72 + $ N/A = $ 12,952.72
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
    Specify: _____  11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
    Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies   12. $ 12,952.72
    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ■ No.
    ☐ Yes. Explain: _____

# Official Form B 6I
# Attachment for Additional Employment Information

| **Debtor** | | |
|---|---|---|
| Occupation | **ESTHETIC AND MASSAGE THERAPIST** | |
| Name of Employer | **WYNDHAM RESORT & SPA** | |
| How long employed | **2/2014 TO PRESENT** | |
| Address of Employer | **600 RIO MAR BLVD**<br>**Rio Grande, PR 00745** | |

Fill in this information to identify your case:

Debtor 1: **JUAN CARLOS PRADO NICASIO**

Debtor 2: 
(Spouse, if filing)

United States Bankruptcy Court for the: **DISTRICT OF PUERTO RICO**

Case number: **19-06224**
(If known)

Check if this is:
- ■ An amended filing
- ☐ A supplement showing postpetition chapter 13 expenses as of the following date:
  _____
  MM / DD / YYYY

# Official Form 106J
## Schedule J: Your Expenses     12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1: Describe Your Household

1. **Is this a joint case?**
   - ■ No. Go to line 2.
   - ☐ Yes. **Does Debtor 2 live in a separate household?**
     - ☐ No
     - ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**   ☐ No
   Do not list Debtor 1 and Debtor 2.    ■ Yes. Fill out this information for each dependent..............
   Do not state the dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Son | 5 | ■ No ☐ Yes |
   |  |  | ☐ No ☐ Yes |
   |  |  | ☐ No ☐ Yes |
   |  |  | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   - ■ No
   - ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

| | Your expenses |
|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ 175.00 |
| **If not included in line 4:** | |
| 4a. Real estate taxes | 4a. $ 0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. $ 0.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. $ 25.00 |
| 4d. Homeowner's association or condominium dues | 4d. $ 0.00 |
| 5. **Additional mortgage payments for your residence,** such as home equity loans | 5. $ 0.00 |

Debtor 1  JUAN CARLOS PRADO NICASIO         Case number (if known)  **19-06224**

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. $ | **73.00** |
| | 6b. Water, sewer, garbage collection | 6b. $ | **26.00** |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **52.00** |
| | 6d. Other. Specify: | 6d. $ | **0.00** |
| 7. | **Food and housekeeping supplies** | 7. $ | **315.00** |
| 8. | **Childcare and children's education costs** | 8. $ | **333.33** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | **75.00** |
| 10. | **Personal care products and services** | 10. $ | **35.00** |
| 11. | **Medical and dental expenses** | 11. $ | **50.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | **295.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | **75.00** |
| 14. | **Charitable contributions and religious donations** | 14. $ | **0.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. $ | **0.00** |
| | 15b. Health insurance | 15b. $ | **242.00** |
| | 15c. Vehicle insurance | 15c. $ | **55.00** |
| | 15d. Other insurance. Specify: | 15d. $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ | **0.00** |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. $ | **0.00** |
| | 17b. Car payments for Vehicle 2 | 17b. $ | **0.00** |
| | 17c. Other. Specify: | 17c. $ | **0.00** |
| | 17d. Other. Specify: | 17d. $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ | **200.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. $ | **0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | |
| | 20a. Mortgages on other property | 20a. $ | **826.00** |
| | 20b. Real estate taxes | 20b. $ | **0.00** |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $ | **150.00** |
| | 20e. Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify: **PAYMENT OF MORTGAGE TO BPPR COMMERCIAL PROPERTIES** | 21. +$ | **1,100.00** |
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | **4,102.33** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | **4,102.33** |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | **12,952.72** |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | **4,102.33** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. $ | **8,850.39** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ■ No.
    ☐ Yes.   Explain here:

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **JUAN CARLOS PRADO NICASIO** |
| | First Name   Middle Name   Last Name |
| Debtor 2 (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO |
| Case number (if known) | **19-06224** |

■ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ JUAN CARLOS PRADO NICASIO**
**JUAN CARLOS PRADO NICASIO**
Signature of Debtor 1

X _____
Signature of Debtor 2

Date **September 9, 2021**

Date _____

Official Form 106Dec    **Declaration About an Individual Debtor's Schedules**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 19-06224 MCF |
| JUAN CARLOS PRADO NICASIO | CHAPTER 13 |
| Debtor | |

### STATEMENT OF PURPOSE AND CERTIFICATE OF SERVICE OF AMENDED SCHEDULES I & J

**I HEREBY CERTIFY and STATE** that: the purpose of the amended Schedule I is to include the change of salary that is received by Debtor as employee and administrator, the increase of the sister share and the increase of rent received by the corporation La Fortuna, Inc.

That on this September 9, 2021, I electronically filed the foregoing with the Clerk of the Court using CM/ECF System which will send notifications of such filing to the following:

- **JOSE RAMON CARRION MORALES**  newecfmail@ch13-pr.com
- **ADA M CONDE**  courtnotices1611@gmail.com, 1611bank@gmail.com;1611lawandjustice@gmail.com;estudiolegalpr@yahoo.com;condeprlaw@gmail.com;condebank@gmail.com;CONDEAR53874@notify.bestcase.com
- **MONSITA LECAROZ ARRIBAS**  ustpregion21.hr.ecf@usdoj.gov
- **LYSSETTE A MORALES VIDAL**  lamoraleslawoffice@gmail.com, irma.lamorales@gmail.com;LYSSETTEMORALESLAWOFFICE@jubileebk.net
- **JOSE J SANCHEZ VELEZ**  jsanchez@bdslawpr.com, bankruptcy@bdslawpr.com
- **EDUARDO M VERAY**  eduardo.veray@popular.com, eduardoveray@gmail.com

### NOTICE

Notice is hereby given to **ALL CREDITORS AND ALL PARTIES WITH INTEREST** to file an objection to the amended Schedules I & J in fourteen (14) days. If an objection is not filed the Court, after considering the grounds of this motion, these amendments could be granted.

## CERTIFICATE OF SERVICE

**AND I HEREBY CERTIFY** that I have mailed by United States Postal Service the amended Schedules I & J to the non-CM/ECF participants and to all creditors and parties with interest as per the attached master address list.

In San Juan, Puerto Rico, on September 9, 2021.

/s/ *Ada M. Conde*
ADA M. CONDE, ESQ. USDCPR 206209
Law and Justice for All, Inc
PO Box 11674 San Juan PR 00910
Tel: 787-721-0401/787-717-7355
Email: 1611lawandjustice@gmail.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 19-06224-MCF13<br>District of Puerto Rico<br>Old San Juan<br>Thu Sep  9 15:44:42 AST 2021 | BANCO POPULAR DE PUERTO RICO (BDS)<br>BERMUDEZ, DIAZ & SANCHEZ LLP<br>PO BOX 362708<br>SAN JUAN, PR 00936-2708 | BANCO POPULAR PR - SPECIAL LOANS<br>PO BOX 362708<br>SAN JUAN, PR 00936-2708 |
| US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | DEPARTMENT OF TREASURY<br>BANKRUPTCY SECTION 424 B<br>PO BOX 9024140<br>SAN JUAN, PR 00902-4140 | BANCO POPULAR BANKRUPTCY DPT.<br>PO BOX 366818<br>San Juan, PR 00936-6818 |
| BANCO POPULAR DE PUERTO RICO<br>BERMUDEZ DIAZ & SANCHEZ LLP<br>PO BOX 362708<br>SAN JUAN, PR 00936-2708 | BANCO POPULAR HIPOTECAS<br>PO BOX 71375<br>San Juan, PR 00936-8475 | BANCO POPULAR SPECIAL LOANS<br>PO BOX 362708<br>San Juan, PR 00936-2708 |
| Banco Popular de Puerto Rico<br>Special Loans Department (749)<br>PO Box 362708<br>San Juan, PR 00936-2708 | CENTRO DE INGRESOS MUNICIPALES<br>PO BOX 195387<br>San Juan, PR 00919-5387 | CRIM<br>PO BOX 195387<br>SAN JUAN, PR 00919-5387 |
| DEPARTAMENTO DE HACIENDA<br>NEGOCIADO DE RENTAS INTERNAS<br>PO BOX 9024140<br>San Juan, PR 00902-4140 | DIONISIO BENITEZ RODRIGUEZ<br>Venus Gardens Norte<br>1695 Calle Chichuahua<br>San Juan, PR 00926-4640 | JOSE CHARLIE MALDONADO<br>CALLE JULIO ANDINO 642<br>URB. VILLA PRADES<br>San Juan, PR 00924-2107 |
| MARILIN PRADO NICASIO<br>CALLE GALAPAGOS 877-A<br>URB. COUNTRY CLUB<br>San Juan, PR 00924-1735 | MARYLIN PRADO NICASIO<br>CALLE GALAPAGOS 877-A<br>URB. COUNTRY CLUB<br>San Juan, PR 00924-1735 | (p)PENTAGON FEDERAL CREDIT UNION<br>ATTN BANKRUPTCY DEPARTMENT<br>P O BOX 1432<br>ALEXANDRIA VA 22313-1432 |
| SEARS PREMIER CARD<br>PO BOX 183114<br>Columbus, OH 43218-3114 | Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | V. SUAREZ & CO.<br>PO BOX 364588<br>San Juan, PR 00936-4588 |
| ADA M CONDE<br>1611 LAW AND JUSTICE FOR ALL INC<br>PO BOX 13268<br>SAN JUAN, PR 00908-3268 | DIONISIO BENITEZ RODRIGUEZ<br>VENUS GARDEN NORTE<br>1695 CALLE CHIHUAHUA<br>SAN JUAN, PR 00926-4640 | JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 |
| JUAN CARLOS PRADO NICASIO<br>CALLE PEREIRA LEAL 631<br>COND. JARDINES DE VALENCIA<br>APARTAMENTO 1110<br>San Juan, PR 00923-1935 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET  SUITE 301<br>SAN JUAN, PR 00901 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
PENTAGON FEDERAL CREDIT UNION        End of Label Matrix
PO BOX 1432                          Mailable recipients   25
Alexandria, VA 22313-2032            Bypassed recipients    0
                                     Total                 25
```