# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: **JUAN CARLOS PRADO NICASIO**<br>SSN xxx-xx-3397<br><br>Debtor(s) | CASE NO: **19-06224-MCF**<br><br>**Chapter 13** |

**- AMENDED -**

## TRUSTEE'S NO OBJECTION TO PROPOSED PLAN CONFIRMATION UNDER SECTION 1325

**\*ATTORNEY FEES AS PER R 2016(b) STATEMENT:**

Attorney of Record: **ADA CONDE\***

Total Agreed: **$4,000.00**    Paid Pre-Petition: **$4,000.00**    Outstanding (Through the Plan): **$0.00**

---

**\*TRUSTEE'S POSITION RE CONFIRMATION UNDER U.S.C. §1325**

**Debtor's/s' Commitment Period:** ☐ Under Median Income 36 months   ☑ Above Median Income 60 months §1325(b)(1)(B)
☐ The Trustee cannot determine debtor's/s' commitment period at this time.    Projected Disposable Income: **$0.00**

**Liquidation Value: $0.00**   Estimated Priority Debt: **$2,935.34**

If the estate were liquidated under Chapter 7, nonpriority unsecured claims would be paid approximately $0.00

With respect to the (amended) Plan date: **Sep 09, 2021  (Dkt  83)**    **Plan Base: $410,900.00**

**The Trustee:**    ☑ **DOES NOT OBJECT**   ☐ **OBJECTS**  Plan Confirmation   Gen. Uns. Approx. Dist.: **99.18 %**

---

**\*OTHER COMMENTS / OBJECTIONS**

NONE

---

**CERTIFICATE OF SERVICE:** The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via first class mail on the same date it is filed to: the DEBTOR(S), and to her/his/their attorney throught CM-ECF notification system.

---

/s/ Jose R. Carrion, Esq.
**CHAPTER 13 TRUSTEE**
PO Box 9023884, San Juan PR 00902-3884
Tel. (787)977-3535 Fax (787)977-3550

Date: September 22, 2021

/s/ Juliel Perez, Esq.

Last Docket Verified: 84    Last Claim Verified: 5    CMC: NM