IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

JUAN CARLOS PRADO NICASIO

xx-xx-3397

Debtor(s)

CASE NO. 19-06224-MCF13
Chapter 13

FILED & ENTERED ON SEP/24/2021

ORDER

Creditor, Dionisio Benitez Rodriguez, is granted fourteen (14) days to file a timely objection to confirmation. The Debtor is granted fourteen (14) days thereafter to respond. Failure to file a timely objection to confirmation may result in confirmation of the plan without need for a hearing or further notice.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 24 day of September, 2021.

*Mildred Caban*

Mildred Caban Flores
United States Bankruptcy Judge